**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**UNITED STATES' MOTION REQUESTING A STATUS CONFERENCE**

NOW INTO COURT comes the United States of America by J. Walter Green, United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorneys, who respectfully move the Court to schedule a status conference to discuss the scheduling of a new trial date and related pre-trial deadlines, based on the following:

1.

The defendant herein, Jesse H. Roberts, III, is charged in a two count Indictment with conspiracy and securities fraud. (Doc. 1).

2.

Trial was initially scheduled in this matter for May 7, 2015. (Doc. 9). On April 17, 2015, the defendant filed an unopposed Motion to Continue Trial Date. (Doc. 11). On April 21, 2015, the Court granted the defendant's Motion and cancelled the trial date. (Doc. 12). After significant Motion practice, on January 5, 2016, the Court held a status conference, set several deadlines, and scheduled trial for November 28, 2016. (Doc. 72). On March 30, 2016, the defendant filed a Motion to Stay Case pending the Supreme Court's resolution in United States v. Salman. (Doc. 75). The United States opposed the Motion. (Doc. 77). On September 8, 2016, the Court granted the defendant's Motion and stayed the case. (Doc. 80).

3.

On December 6, 2016, the Supreme Court issued an opinion in Salman v. United States, No. 15-628.

4.

The United States respectfully submits that a status conference to discuss the trial date and other pre-trial deadlines would be beneficial for the Court and all parties.

5.

The undersigned contacted counsel for the defendant regarding whether he opposed the instant Motion. Defense counsel has no objection.

WHEREFORE, for the foregoing reasons, the United States respectfully moves the Court for a status conference.

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

/s/ J. Christopher Dippel, Jr.
J. Christopher Dippel, Jr., LBN 30480
M. Patricia Jones
Adam Ptashkin
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: chris.dippel@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2016, a copy of the foregoing *United States Motion Requesting a Status Conference* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver a copy of the foregoing *Motion* to counsel of record for the defendant.

/s/ J. Christopher Dippel, Jr.
J. Christopher Dippel, Jr.
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-20-JWD-EWD |
| | : | |
| JESSE H. ROBERTS, III | : | |

**ORDER**

Considering the United States' Motion Requesting a Status Conference,

**IT IS HEREBY ORDERED** that a status conference is set in this matter for December ___, 2016.

So ordered this ______day of ____________, 2016, Baton Rouge, Louisiana.

________________________________

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA